1  MARY KATE SULLIVAN (State Bar No. 180203)
   ERIK KEMP (State Bar No. 246196)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   Attorneys for Defendant
6  NATIONSTAR MORTGAGE LLC

7

8                    UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

10

| 11 | EDGAR L. GARDNER, | Case No. 2:12-cv-02666-JAM-JFM |
|----|---|---|
| 12 | Plaintiff, | **NATIONSTAR MORTGAGE LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| 13 | vs. | |
| 14 | RSM&A FORECLOSURE SERVICES, LLC, NATIONSTAR MORTGAGE LLC, DOES 1-20, | **Date:** February 6, 2013 |
| 15 | | **Time:** 9:30 a.m. |
| 16 | Defendant. | **Crtrm.:** 6; 14th Floor<br>**Judge:** Hon. John A. Mendez |

17

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

11951.0089/2451858.1

**Corporate Disclosure Statement Pursuant To Rule 7.1**

This Corporate Disclosure Statement is filed by Defendant Nationstar Mortgage, LLC in compliance with Federal Rule of Civil Procedure 7.1.

Defendant Nationstar Mortgage, LLC, is a Delaware limited liability company. Its members are Nationstar Sub1 LLC (with 99% ownership) and Nationstar Sub2 LLC (with 1% ownership). Nationstar Sub1 and Nationstar Sub2 are 100% owned by Nationstar Mortgage Holding, Inc., a Delaware corporation which is publically traded on the New York Stock Exchange under ticker symbol "NSM." No publically traded corporation owns more than 10% of the common stock of Nationstar Mortgage Holdings, Inc.

DATED: November 16, 2012         SEVERSON & WERSON
                                 A Professional Corporation


                                 By:     /s/ Erik Kemp
                                              Erik Kemp

                                 Attorneys for NATIONSTAR MORTGAGE LLC

11951.0089/2451858.1                    2

PROOF OF SERVICE

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On November 16, 2012, I served true copies of the following document(s):

**NATIONSTAR MORTGAGE LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

on the interested parties in this action as follows:

| | |
|---|---|
| James J. Falcone, Esq.<br>Law Office of James J. Falcone<br>300 Capitol Mall, Suite 1800<br>Sacramento, CA 95814 | Telephone: 916-442-4204<br><br>Attorney for Plaintiff |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 16, 2012, at San Francisco, California.

_/s/ Mary Azerbegi_
Mary Azerbegi